AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
**FILED**

JAN 0 6 2025

Nathan Ochsner, Clerk of Court

__HOANG BAO NGUYEN__
*Petitioner*

v.

__MONTGOMERY PROCESS CENTER__
__WARDEN TATE__
__DEPORTATION OFFICER__
__ELLEN HENRY__
__DEPARTMENT OF HOMELAND - ALEJANDRO__
__MAYORKAS__
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. _____
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: __HOANG BAO NGUYEN__
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: __MONTGOMERY PROCESSING CENTER__
   (b) Address: __806 HILBIG ROAD__
       __CONROE, TX 77__
   (c) Your identification number: __A# 023731932__
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   __IMMIGRATION CUSTODY__
4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____

      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: __WARRANT OF ARREST, IMMIGRATION DETAINER__

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __MONTGOMERY PROCESSING CENTER CONROE, TEXAS__
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: _____
   (d) Date of the decision or action: __NOVEMBER 22, 2024__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: __IMMIGRATION CUSTOM ENFORCEMENT CORE CIVIC CENTER HOUSTON, TEXAS__
       (2) Date of filing: __AUGUST 2017__
       (3) Docket number, case number, or opinion number: _____
       (4) Result:
       (5) Date of result: __MARCH 2018__
       (6) Issues raised: __UNREASONABLE DETENTION OF OVER 180 DAYS, VIOLATION OF DUE PROCESS, WRIT OF HABEUS FILED WITH FEDERAL COURT IN HOUSTON__

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal:   RELEASED FROM CUSTODY

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes          ☑ No
    If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
          ☐ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes    ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: NOVEMBER 22, 2024
(b) Date of the removal or reinstatement order: AUGUST 4, 2000
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
❏ Yes    ❏ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes    ❏ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** VIOLATION OF DUE PROCESS.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I BEEN SUBJECTED TO MULTIPLE DETENTION OF OVER 12 MONTH, INCARCERATED WITHOUT PROOF THAT I.C.E. HAS SUBMITTED FOR PETITION FOR TRAVEL DOCUMENTS FOR DEPORTATION TO VIETNAM

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:** UNITED STATES AND SOCIALIST REPUBLIC OF VIETNAM HAS AGREEMENT, THAT VIETNAM WILL NOT ACCEPT VIETNAMESE CITIZEN, WHO ENTER THE U.S. BEFORE JULY 12, 1995.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I WAS BORN IN SAIGON, VIETNAM. IMMIGRATED TO U.S. LEGALLY AS A REFUGEE AT THE AGE OF 1 IN 1977. I RECEIVED A RESIDENCE ALIEN CARD IN SAN FRANCISCO, CA. IN 1979.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** VIOLATION OF THE CONSTITUTION

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I HAVE NEVER BEEN ABLE TO RECIEVE A BOND, I'M CURRENTLY DETAIN WITHOUT A POSSIBILITY OF DEPORTATION IN THE FORESSEEABLE FUTURE, I HAVE ATTACH A LETTER FROM MY CONSULATE STATING SO.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** PUNISHMENT WITHOUT DUE PROCESS

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I HAVE NO FAMILY IN VIETNAM. ALL EXISTING FAMILY ARE UNITED STATE CITIZEN. DEPORTING ME IS EXCESSIVE FOR MY CRIME.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I BELIEVE I WAS INCLUDED IN A CLASS ACTION LAWSUIT IN 2018. CASE WAS PRIMARY ABOUT THE EXCESSIVE DETENTION OF VIETNAMESE IMMIGRANTS, THAT LEAD TO THE RELEASE OF MYSELF AND OTHERS.

### Request for Relief

15. State exactly what you want the court to do: I PLEAD TO THE COURT THAT I MAYBE GRANTED RELEASE FROM IMMIGRATION CUSTODY AS SOON AS POSSIBLE.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __12/20/24__                                  _____
                                                    Signature of Petitioner

                                                    _____
                                                    Signature of Attorney or other authorized person, if any

**Petitioner**

Hoang Bao Nguyen

VS

**Respondent**

Geo Montgomery Processing Center
Warden Randy Tate
I.C.E. Deportation Officer Ellen Henry
Department of Homeland Security
Alejandro Mayorkas
US Department of Justice
Merrick Garland

Case No. _____

# PETITION FOR WRIT OF HABEUS CORPUS UNDER 28 U.S.C. § 2241

    My name is Hoang Bao Nguyen, Alien Number 023731932. I am currently detained at the Montgomery Processing Center at 806 Hilbig Road Conroe, Texas 77301 for Motion to Arrest and Order to Deport by Immigration Custom Enforcement (I.C.E) and Department Homeland Security (D.H.S).

    I am challenging the detention of myself and any other future detention. I was born in Vietnam on July 31, 1976 but my country may not have records of me being born there, do to the destruction and evacuation of Saigon (now Ho Chi Minh City), Vietnam. I immigrated to United States legally as a rufugee at the age of one in 1977. I received a Residence Alien card (green card) in San Francisco, CA in 1979.

    In a 2008 bilateral treaty agreement (memorandum), the United States and Socialist Republic of Vietnam, decided to bar the deportation of Vietnamese people who arrived in the United States before July 12, 1995. Recognizing that Pre-1995 Vietnamese immigrants are *"not subject to return to Vietnam"* under the repatriation agreement. I have been subjected to multiple detention for deportation with zero success and violated of due process. I have filled out forms for I.C.E. about living relatives or any known associates from my country of birth. I have never received any proof or supporting documents that I.C.E. has truthfully and willfully requested travel documents to my country of origin (Vietnam). I have no immediate family or living relatives in Vietnam, everyone has immigrated to United States. My mother and father has since been naturalize US citizens. My mother received her citizenship in 1996 and my father received his citizenship in 2023. My only sister and my two children are US citizens by birth. I am the only member in my family that has been ordered deported.

To the best of my recollection, I receieved Final Order of Removal on August 4, 2000, where upon after 6 months I.C.E. released me on Order of Supervision. I was detained on Order of Deportation in 2017 at Core Civic Processing in Houston, Texas and there I filed a Writ of Habeus Corpus to the Federal District Court in Houston, Texas. I.C.E. then released me in 2018 after more then 12 months of detention without due process. In 2020 I was redetained at a GEO Processing Center somewhere near San Antonio, Texas by I.C.E. There I was detained for over 12 months, which at the time COVID-19 pandemic reached the facility. During this detention I contracted the virus and became very ill. I was quarantined for several months and received a much needed hip replacement, do to the erronoeus handling of the COVID-19 situtation at the detention center. I received only one follow up visit with a physical therapist before I was release from I.C.E. custody in March of 2021. In total I have been detained by I.C.E. for a grand total of at least 30 months of detention for deportation without due process violating the United States Constitution. Treated as a prisoner of war on immigration and violating my rights under the United Nation Convention against torture and other cruel, inhumane or degrading treatment or punishment. I now fear for my safety and health being detained by I.C.E. , D.H.S. and especially GEO Inc..

Since 2021, I have been trying to obtain my work permit so I can obtain any form of identification but due to the pandemic there has been many delays. I was asked to fill out an application for asylum stay of deportation or removal to be included in my I-765 application (work permit) which further delayed my application. I received confirmation for my application to be reviewed on December 12, 2023 and the expected wait time was up to 180 days for consideration and review. Since May 7, 2024 I have been in custody with the State of Texas for over 6 months and arrested by I.C.E. for deportation as of Novemeber 22, 2024. Attached is a copy of a letter (exihibit #A) from my consulate that my country, Vietnam will not accept me for deportation. This letter was placed in my original file an I.C.E. and D.H.S. continues to detain petitioner, violating my rights under *Zadvydas v. Davis*, In Zadvydas, the Court concluded that the indefinite I.N.S. detention of a person who is not likely to be deported in the near future would likely violate due process, and therefore that I.N.S. power to detain aliens must be limited to six months (180 days) in cases which prompt removal is reasonably foreseeable. My letter should be credible evidence and conforms with the agreement, that United States Immigration Custom Enforcement will not be able to deport the petitioner (Hoang Bao Nguyen) in the foreseeable future.

### Request for Relief

I wish the court to grant my release from immigration custody and any further detention from any GEO Processing Center as soon as possible.

## Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the petitioner, I have read this pertition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/20/24

_____
Signature of Petitioner

_____
Signature of attorney or other authorized person, if any