| | | |
|---|---|---|
| HOANG BAO NGUYEN | § | |
| PETITIONER | § | |
| VS | § | |
| | § | CIVIL ACTION NO. 4:25-CV-0012 |
| RANDY TATE   & | § | |
| US ATTORNEY OFFICE | § | |
| RESPONDENT | § | |
| | § | |

## PETITIONER'S MOTION FOR ANSWER FROM RESPONDENT AND ADD ADDITIONAL INFORMATION TO HABEUS CORPUS PETITION

Petitioner, Hoang Bao Nguyen, would like to add to my Habeus Corpus that I fear, Immigration of Custom Enforcement will send me to a 3rd party country such as Africa and South America. I fear for my life if such situation should arise since I have not been removed as of date from travel document was supposedly issued. It has been well over 180 days of detention and reasonable time including 2 months from respondent answer. I have requested to see my travel document and my deportation update here at my current detention center several time. ICE officers have with vague answers of "you a tentative date this month", "you should be deported this week", "you will deported this week" and they have not showed me my travel documents as requested. I have not bought much commissary because of their response and have spent $$ to read any news of immigration updates thru the internet here. It is cruel to give me hope that I may be released all month but still sit in detention.

Respondent, response of petitioner past criminal history and copy of Memorandum of Understanding (M.O.U) is a generalize response. During a 5 year gap between 2020 MOU and petitioner's detention on November 24, 2024, government does not state how and whether the 2020 M.O.U. applies to petitioner. The 2020 memorandum does not mandate that Vietnam accept all eligible pre-1995 Vietnamese refugees with order of removal. "It constitutes and understanding only between U.S.A and Vietnam (participants) and does not give rise to any rights or obligations under domestic and international law.", it does not create on confer any rights, privileges, or benefits on individual. Thus the M.O.U. alone is not enough to ICE has met burden under 8 C.F.R 241.13(i)(2). I have read a recent case that lack of finding and statistic of actual pre-1995 such as myself, where the judge found that ICE continue of detention to deport was unreasonable. ICE responded to actually requesting for travel documents after 4 months of detention with a response of only a week from Vietnam. Travel documents was issued March 17, 2025 and still is valid for 6 months but I was sent to Williamson County for a misdemeanor warrant and have since been moved to multiple detention center further away from family and the court house to this habeus corpus petition. I have over 2 years of detention including

over 180 days from this situation to effectuate my deportation and I still languish in custody. I request that the court help acquire for proof of travel document and review of my case from headquarters of Department of Homeland Security for supervise released if my detention which has been unreasonable. I request that I will not deported to any 3rd party country and only Vietnam my country of origin because of fear of torture and death and would totally violate the constitution of cruel and unusual punishment. Extension of detention unreasonable, Vietnam is on a case by case basis to accept certain aliens. If ICE has travel documents, I would like to be deported and move on with my life as the constitution says.

Respectfully submitted,

Hoang Bao Nguyen A# 023-731-932

Hoang Nguyen 0257211832
1800 Industrial
Raymondville, TX 78580

DI

THIS MAIL IS CORRESPONDENCE
FROM A DETAINEE AT
EL VALLE DETENTION FACILITY

Clerk of Courts
PO Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
JUL 09 2025
Nathan Ochsner, Clerk of Court